UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROBERT ALLEN STANARD,<br><br>　　　　Defendant. | Cause No. CR 16-320 RSM<br><br>**ORDER SEALING DEFENDANT'S SENTENCING MEMORANDUM** |

This matter having come before the Court on Motion of the Defendant above-named and good cause appearing,

NOW THEREFORE it is ordered that the Clerk shall file the Defendant's Sentencing Memorandum under seal.

DATED THIS 10 day of July 2018.

　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

ORDER SEALING SENTENCING
MEMORANDUM - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818
gilbert.levy.atty@gmail.com