Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT A. STANARD,<br><br>  Defendant. | CASE NO. CR16-320RSM<br><br>**ORDER ON MOTION FOR RECONSIDERATION** |

THIS MATTER comes before the Court on Defendant's *pro se* Motion for Reconsideration of the Court's May 31, 2019 order (Dkt # 189). Having reviewed Defendant's motion and the remainder of the record herein,

IT IS NOW ORDERED that Defendant's *pro se* motion is for reconsideration is DENIED.

DATED this 15th day of July, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE