# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT STANARD, <br><br> Defendant. | Case No. CR16-320RSM <br><br> ORDER |

The Motion to Withdraw and End Electronic Notices (Dkt #199) filed by Suzanne Lee Elliott in the above-reference case is GRANTED.

DATED this 23rd day of October, 2019.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER