The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR16-0320RSM |
| Plaintiff, | |
| v. | ORDER |
| ROBERT A. STANARD, | |
| Defendant. | |

THE COURT having read and considered the Government's Motion to File an Overlength Response to Defendant's Time-Sensitive Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1);

IT IS HEREBY ORDERED that the motion is GRANTED. The Government may file a response that does not exceed 21 pages in length.

DATED this 21st day of April, 2020.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

///

ORDER - 1
UNITED STATES. v. STANARD (No. CR16-0320RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

BRIAN T. MORAN
United States Attorney

*s/ Andrew C. Friedman*
ANDREW C. FRIEDMAN
Assistant United States Attorney

700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Telephone:     (206) 553-2277
Fax:                (206) 553-0882
E-mail:           Andrew.Friedman@usdoj.gov

ORDER - 2
UNITED STATES. v. STANARD (No. CR16-0320RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970