The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ROBERT A. STANARD,<br><br>Defendant. | NO. CR16-0320 RSM<br><br>ORDER GRANTING PARTIES STIPULATED MOTION ON BRIEFING SCHEDULE |

The Court, having reviewed the parties' Stipulated Motion on Briefing Schedule hereby states that IT IS HEREBY ORDERED that the Motion is GRANTED. The defendant may file an amended motion (or supplement to the current motion) on or before June 17, 2022; the government's response shall be filed within two weeks of the amended motion or supplement; and any reply shall be filed within a week of the government's response. This matter shall be noted for the third Friday after the filing of defendant's amended motion or supplement.

DATED this 20th day of May, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Teal Luthy Miller*
TEAL LUTHY MILLER
Assistant United States Attorney

ORDER GRANTING UNITED STATES' MOTION TO
EXTEND TIME TO FILE A RESPONSE /
*United States v. Stanard*, CR16-0320 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970