JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT A. STANARD, <br><br> Defendant. | No. CR16-0320 RSM <br><br> ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME REGARDING BRIEFING SCHEDULE |

The Court, having reviewed the parties' Stipulated Motion on Briefing Schedule hereby states that IT IS HEREBY ORDERED that the Motion is GRANTED. The defendant may file an amended motion (or supplement to the current motion) on or before July 1, 2022; the government's response shall be filed within two weeks of the amended motion or supplement; and any reply shall be filed within a week of the government's response. This matter shall be noted for the third Friday after the filing of defendant's amended motion or supplement.

DATED this 17th day of June, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
s/ *Alan Zarky*
Attorney for Robert Stanard

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION OF TIME RE: BRIEFING
SCHEDULE
(*United States v. Standard*, CR16-0320) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710