JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR16-0320 RSM |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL EXHIBIT B |
| ROBERT A. STANARD, | |
| Defendant. | |

THIS MATTER has come before the Court on Mr. Stanard's motion to seal Exhibit B to his Supplement to Motion for Compassionate Release. The Court has considered the motion and records in this case and finds there are compelling reasons to file exhibit B under seal.

IT IS ORDERED that Exhibit B be sealed.

DATED this 29th day of June, 2022.

/s/ Ricardo S. Martinez
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ Alan Zarky
Staff Attorney, Federal Public Defender Office
Attorney for Robert Stanard

ORDER TO SEAL EXHIBIT B
(*United States v. Stanard*; CR16-0320 RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100