CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 16-0320 RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING DEFENSE MOTION TO FILE OVERLENGTH REPLY |
| ROBERT A. STANARD, | ) | |
| Defendant. | ) | |

Upon the motion of the Defense to file an Over length Reply in excess of the six-page limitation imposed by CrR 12(b)(5) of the Rules of the United States District Court for the Western District of Washington,

IT IS HEREBY ORDERED that leave of court is hereby granted for the defendant to file a Reply not to exceed eight pages.

IT IS SO ORDERED.

DATED this 30th day of June, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION
TO FILE OVERLENGTH REPLY
(*United States v. Stanard;* CR 16-320 RSM) - 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

Presented by:

s/ *Alan Zarky*
Staff Attorney
Attorney for Robert Stanard

ORDER GRANTING MOTION
TO FILE OVERLENGTH REPLY
(*United States v. Stanard;* CR 16-320 RSM) - 2

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710