UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>ROBERT A. STANARD,<br><br>         Defendant. | CASE NO. CR16-320-RSM<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE |

This matter comes before the Court on Defendant Robert A. Stanard's Motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). Dkt. #217. Plaintiff United States of America ("the Government") has opposed Defendant's motion. Dkt. #228. The Court has determined that oral argument is unnecessary. Having considered the Motion, Defendant's Supplemental Memorandum, the Government's Response, the Defendant's Reply and the remainder of the record, the Court GRANTS Mr. Stanard's motion for compassionate release and imposes a sentence of time served. The Court ORDERS that Mr. Stanard be released from the custody of the Bureau of Prisons forthwith to begin serving his 3-year term of supervised release. All conditions of supervision set forth in the Court's Judgment remain in full force and effect. Dkt. #155. Additionally, the Court imposes the special condition that the defendant shall be required to submit to periodic polygraph testing at the discretion of the probation office as a

ORDER GRANTING DEFENDANT'S
MOTION FOR COMPASSIONATE RELEASE
- 1

means to ensure that he is in compliance with the requirements of his supervision.  Polygraph testing may not exceed six tests per year.

DATED this 1st day of July, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE