JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR16-0320 RSM |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO ELIMINATE POLYGRAPH TESTING AS A CONDITION OF SUPERVISED RELEASE |
| ROBERT A. STANARD, | |
| Defendant. | |

THIS MATTER has come before the Court on Mr. Stanard's motion to dismiss the allegations contained in the October 7, 2023 petition and the February 21, 2023 petition. He further asks the Court to eliminate the special condition requiring him to subject to polygraph examinations and to continue him on his current term of supervision.

The Court has considered the motion, the records in this case and the arguments by the parties at the evidentiary hearing, and finds there are compelling reasons to GRANT the motion. The allegations contained in the October 7, 2023 petition and the February 21, 2023 petition are dismissed. The special condition requiring him to subject to polygraph examinations at the request of Probation is eliminated.

///

///

ORDER TO ELIMINATE
POLYGRAPH TESTING
(*United States v. Stanard*; CR16-0320 RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

DATED this 7th day of April, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Sara Brin*
Assistant Federal Public Defender
Attorney for Robert Stanard

ORDER TO ELIMINATE
POLYGRAPH TESTING
(*United States v. Stanard*; CR16-0320 RSM) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**